UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHEVRON USA, INC.                                     CIVIL ACTION

VERSUS                                                NO. 03-2027

AKER MARITIME INC.                                    SECTION "M"

J U D G M E N T

Considering the court's Order and Reasons (Doc. No. 531) dated January 3, 2008, filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that Chevron U.S.A. Inc's Motion for Attorney's Fees and Reasonable Taxable Costs, Record Doc. No. 502 is **GRANTED IN PART** as follows:

The total amount of attorney's fees is $431,906.63, as recommended by the Magistrate Judge. However, Tech OFCO is liable only for 20% of the amount, or $86,381.33, and Lone Star is liable only for 35% of the amount or $151,167.32.

**IT IS FURTHER ORDERED** that Chevron U.S.A. Inc.'s motion for nontaxable costs is **DENIED**.

**IT IS FURTHER ORDERED** that Chevron U.S.A. Inc.'s Motion for Leave of Court to File Additional Statement of Attorney's Fees and Costs, Record Doc. No. 530, is **DENIED,** as untimely, as it was not presented to the Magistrate Judge within the deadline he set for briefing, and the fees and costs recommended by the Magistrate Judge are ample under the circumstances presented in this case. See Linoski v. Fleetwood Homes, 873 So. 2d 886, 888 (La. App. 2d Cir. 2004).

New Orleans, Louisiana, this __18th__ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE